UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VINCENT MATTHEWS | CIVIL ACTION |
| VERSUS | NO. 18-11249 |
| AMTRUST GROUP, INS., AARON'S INSURED WOODED PRODUCTS TRANSPORTATION, AND SCOTTE SMITH | SECTION M (3) |

## ORDER & REASONS

Defendants removed this action to this Court from the Civil District Court for Orleans Parish, State of Louisiana, alleging that this Court has diversity subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.[1] Plaintiff Vincent Matthews ("Matthews") filed a motion for leave to amend his complaint to add a non-diverse defendant,[2] and an accompanying motion to remand, in which he argues that once the non-diverse defendant is added, this Court will lack subject-matter jurisdiction.[3] Defendants opposed both motions.[4] On January 28, 2019, the United States Magistrate Judge denied Matthew's motion for leave to file the amended complaint.[5] Therefore, complete diversity remains in place, and this Court has subject matter-jurisdiction.

Accordingly, IT IS ORDERED that Matthews' motion to remand (R. Doc. 9) is DENIED.

---

[1] R. Doc. 1.
[2] R. Doc. 10.
[3] R. Doc. 9.
[4] R. Doc. 14.
[5] R. Doc. 15.

1

New Orleans, Louisiana, this 17th day of May, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE